IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

FILED

NOV 0 4 2003

LARRY W. PROPES, CLERK
CHARLESTON, SC

| | |
|---|---|
| DENNIS C. WALCZAK,<br><br>    Plaintiff,<br><br>vs.<br><br>GLOVIA INTERNATIONAL, INC.,<br><br>    Defendant. | Civil Action No. 2:03-0375-18<br><br>**CONSENT ORDER EXCLUDING<br>PLAINTIFF'S EXPERT** |

This matter is before the Court on Defendant's Motion to Exclude Plaintiff's expert, Clyde Hiers, from testifying as an expert witness in this case for purposes of Plaintiff's past and future economic damages and for purposes of discounting future lost wage and benefit damages to present value. Plaintiff consents to Defendant's Motion and the exclusion.

IT IS, THEREFORE, ORDERED that Plaintiff's expert, Clyde Hiers, be excluded from testifying as an expert witness in this case for purposes of Plaintiff's past and future economic damages for purposes of discounting future lost wage and benefit damages to present value.

IT IS SO ORDERED.

_November 4_, 2003

Charleston, South Carolina

_____
The Honorable David C. Norton
United States District Judge

ENTERED
11/04/03
SCANNED

24

NPCHAR1:232051.1-OD-(MLH) 031587-00002

WE SO MOVE:

NEXSEN PRUET JACOBS POLLARD & ROBINSON, LLC

By: _____
David E. Dubberly (Fed. ID # 620)
1441 Main Street, Suite 1500
Post Office Box 2426
Columbia, South Carolina 29202
(803) 781-8900

Mary L. Hughes (Fed. ID# 7067)
205 King Street, Suite 400
Post Office Box 486
Charleston, South Carolina 29402
(843) 577-9440

ATTORNEYS FOR DEFENDANT

WE CONSENT:

_____
A. Christopher Potts, Esquire
Hitchcock & Potts
P.O. Box 1113
Charleston, SC 29402

ATTORNEYS FOR PLAINTIFF